UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | |
| LORRAINE HENDERSON, | ) ) | CRIMINAL NO.  09-10028-DPW |
| Defendant. | ) ) ) | |

**<u>GOVERNMENT'S SUPPLEMENTAL REQUEST FOR JURY INSTRUCTIONS</u>**

    1.  To "encourage" means to knowingly instigate, to incite to action, to give courage to, to inspirit, to embolden, to raise confidence, to help, to forward, and/or to advise.  To "induce" means to knowingly bring on or about, to affect, cause to influence an act or course of conduct, lead by persuasion or reasoning, incite by motives, and/or to prevail on.  <u>United States v. Lopez</u>, 590 F.3d 1238, 1247, 1248-1249 (11th Cir. 2009); <u>United States v. He</u>, 245 F.3d 954, 959-960 (7th Cir. 2001).

    2.  In general, it is unlawful for a person to hire or to recruit for employment in the United States an alien knowing the alien is an unauthorized alien.  8 U.S.C. §1324a(a)(1)(A).  It is also unlawful for a person, after hiring an alien for employment, to continue to employ the alien in the United States knowing the alien is an unauthorized alien.  8 U.S.C. §1324a(a)(2).  Thus, if you find that the defendant knew that Fabiana Bitencourt was an illegal alien, then it was unlawful for her to continue to employ her as a cleaning lady.  <u>See</u> <u>Gray v. City of Valley Park, Missouri</u>, 2008 WL 294294(E.D. Mo. 2008).

                                      Respectfully submitted,

                                        CARMEN M. ORTIZ
                                        United States Attorney

                         By:    /s/ Diane C. Freniere
                                  Diane C. Freniere
                                  Assistant U.S. Attorney
                                  U.S. Courthouse
                                  1 Courthouse Way, Suite 9200
                                  Boston, MA 02210

Date:   March 22, 2010

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ Diane C. Freniere
      Diane C. Freniere
      Assistant United States Attorney