


The Honorable Judge Douglas P. Woodlock
Judge, United States District Court
One Courthouse Way
Boston, MA 02210

July 8, 2010

Your Honor;

I was a juror on the case of Lorraine Henderson. Since I left the courtroom on the day the verdict was delivered, I have been deeply troubled by what I observed in the imbalances of the prosecution and the tone of the trial of Ms. Henderson.

While I was convinced that Ms. Henderson did not act prudently in her hiring of a cleaning lady, it appeared blatantly obvious to me that the problem was not the employment of an illegal immigrant, but the need to explode this incident for publicity and political reasons.

During deliberation, I held out as the last one to go with the verdict that was delivered. By stating that Ms. Henderson was guilty I felt we were giving credence to the prosecution, whose actions and smug hypocrisy evidenced in your courtroom were deplorable. I cringed. I felt shame at the U.S. Government's attitude and I wanted to speak out harshly against them. But we were only there to try Ms. Henderson.

My personal reaction to the verdict and the plight of Ms. Henderson at the hands of the U.S. Government was disturbing: anger, tears, and sleepless nights for an extended period of time. I vehemently disagreed with the viewpoint of the other jurors; I felt hopeless and trapped at the outcome and at the miscarriage of justice and the manipulation of the court system to facilitate such a vendetta.

Your comments on June 19 were a declaration of exactly what I believe about this case; and despite the rash comments of the public media, I support your decision in all respects. I pray you will have continued wisdom in your court proceedings re: Ms. Henderson.

Sincerely,

Jacquelyn