UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LORRAINE HENDERSON,<br><br>Defendant. | Crim. No. 09-10028-DPW |

**GOVERNMENT'S MOTION TO IMPOSE SENTENCE**

More than one year ago, on March 22, 2010, a jury convicted defendant Lorraine Henderson of encouraging or inducing an illegal alien to reside in the United States. Following the jury verdict, defendant renewed her motion for a judgment of acquittal and for a new trial, both of which the government opposed. *See* Docket Entries 60, 61, 62 and 63. On June 18, 2010, the parties appeared before the Court for a sentencing hearing. At the hearing, although the Court ultimately solicited and heard oral argument on the parties' sentencing recommendations, the Court dedicated much of the hearing to further argument on the defendant's Rule 29 motion and motion for new trial. Ultimately, the Court took the matters under advisement.

It is now more than nine months since the sentencing hearing and the Court has neither rendered a sentence nor ruled on the defendant's motions. Accordingly, the government respectfully

requests that the court schedule a further hearing to impose sentence on the defendant.

                                   Respectfully submitted,

                                   CARMEN M. ORTIZ
                                   United States Attorney

By:

                                 /s/ Diane C. Freniere
                                 DIANE C. FRENIERE
                                 Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

     I certify that this document filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                      /s/ Diane C. Freniere
                                      Diane C. Freniere

Dated: April 14, 2011