

"JoanneLee"       To

04/21/2011 01:02 PM

                                bcc
                        Subject  Lorraine Henderson

Please forward to Judge Woodlock,

Dear Judge Woodlock,

*Each time a person stands up for an ideal, or acts to improve the lot of others, or strikes out against injustice, he sends forth a tiny ripple of hope, and crossing each other from a million different centers of energy and daring, these ripples build a current that can sweep down the mightiest walls of oppression and resistance.- Robert F. Kennedy*

I am a citizen of the United States. I am writing to you about the Lorraine Henderson case. I am absolutely appalled by the treatment of Lorraine Henderson by the prosecution and the legal system. The facts of this case can only undermine the faith of every American citizen who still believes in the American Way of truth and justice. Truth and justice are not served when someone is selected to serve as an example in a politically charged environment. It not an expectation that one American citizen ask another person about his legal status. As an educator of 38 years and a Doctor of Educational Leadership, I am not allowed to ask any student or parent if he is in this country legally. This question would lead to the loss of my job. Yet, as you know, an educator is obligated by law to provide the best education has to offer to every student in every school in America. As an American, I expect my government to have conducted due diligence on the people who cross borders to come into my country prior to my contact with them. Am I now expected to ask every store clerk, gardener, attorney, or judge to show me his citizenship papers? This is not the way we operate in a country born in revolution and committed to the freedoms and security provided by the Constitution and the Bill of Rights.

How do we justify judging any other government in regard to human rights violations when we can destroy the heart and career of a person who acted on good faith? Where does intent come into the equation of our legal system and this case in particular? And where is the culpability of the prosecution and the colleague who also used the same maid and worked in collusion with the officials of the court to target a colleague and move into the vacated position? Truth and justice are not served when a double standard is implemented.

There seems to be one option that a man of conscience dedicated to American ideals can consider. Please consider overturning the verdict and reinstating Lorraine Henderson with

**all lost benefits. This action will send "a tiny ripple of hope, and crossing each other from a million different centers of energy and daring, these ripples build a current that can sweep down the mightiest walls of oppression and resistance." (Robert F. Kennedy)**
**Sincerely,**

**Joanne D. Lee, Ed. D.**